LAW OFFICES OF
# LAVALLE B. SALOMON
A PROFESSIONAL CORPORATION

POST OFFICE BOX 14596
MONROE, LOUISIANA 71207

700 N. 2ND STREET
MONROE, LA 71201

e-mail: val@valsalomon.com

TELEPHONE: (318) 387-1222
FAX: (318) 387-1273

September 14, 2016

Ms. Sheila Jenkins
910 South Jones Street
Ruston, LA 71270

FILE COPY

Re:   Our File Nos. 16-370/Brittany Nicole Jenkins
      16-371/Chelsea Danielle Jenkins

Dear Ms. Jenkins:

We have continued to monitor this matter through the City Court system. The charges were, in fact, dismissed and the matter has been closed within the City Court and the City Prosecutor's Office.

We will see where we go from here.

I am

Sincerely yours,

LAVALLE B. SALOMON

LBS\dhp

cc:   Ms. Chelsea D. Jenkins
      Ms. Brittany N. Jenkins